**Opinion issued November 23, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-21-00589-CR

———————————

### IN RE KEVIN NEWELL MCCRACKEN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Kevin Newell McCracken, incarcerated and proceeding pro se, has filed a petition for writ of mandamus, seeking an order to compel the trial court to conduct an examining hearing.[1]

We deny the mandamus petition. *See* TEX. R. APP. P. 52.8(a).

### PER CURIAM

---

[1] The underlying case is *The State of Texas v. Kevin Newell McCracken*, cause number 21-CR-0396, pending in the 405th District Court of Galveston County, Texas, the Honorable Jared Robinson presiding.

Panel consists of Chief Justice Radack and Justices Kelly and Landau.

Do not publish. *See* TEX. R. APP. P. 47.2(b).